IT IS HEREBY ADJUDGED and DECREED this is DENIED.

Dated: January 12, 2026

*[signature]*

**Eddward P. Ballinger Jr., Chief Bankruptcy Judge**

There appears to be a procedural problem with this request.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 (previous Chapter 11) |
| **NEURAGENEX TREATMENT CENTERS, LLC** | Case No. 2:24-bk-00631-EPB |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NEURAGENEX TREATMENT CENTERS, LLC (WITHOUT CLIENT CONSENT)** |

Having reviewed the *Motion to Withdraw as Counsel for Debtor without consent* (The "Motion"), filed on December 23, 2025 by Tiffany & Bosco, PA, counsel for Debtor Neuragenex Treatment Centers, LLC ("Debtor"),

IT IS HEREBY ORDERED granting the Motion and permitting the withdrawal of Christopher R. Kaup, David M. Barlow, and the Tiffany & Bosco, PA as counsel of record for Debtor.

IT IS FURTHER ORDERED that correspondence to the Debtors should be sent to Mr. Bozeman as follows:

> William Bozeman
> 1911 E. Olive Ct
> Gilbert, AZ 85234
> (505) 870-4949
> will@neuragenex.com

**--DATED AND SIGNED ABOVE--**